**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/18/2024

**To:** Leslie Collings




Charge No: 16G-2023-01841

EEOC Representative and email:   HERNAN MORALES
State and Local Program Manager
HERNAN.MORALES@EEOC.GOV

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Yaw Gyebi, Jr.
01/18/2024

Yaw Gyebi, Jr.
District Director

Cc: SUNY at Cortland
    c/o Catherine Graziose – Assistant Counsel
    SUNY Office of General Counsel
    H Carl McCall – SUNY Building
    353 Broadway
    Albany NY 12246

    **Law Office of Lindy Korn PLLC**
    **Attn: Lindy Korn – Esq**
    **Electric Tower**
    **535 Washington Street**
    **9th Floor**
    **Buffalo NY 14203**

Please retain this notice for your records.